UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMBO MOEUN,<br><br>        Petitioner,<br><br>    v.<br><br>JEFREY UTTECHT,<br><br>        Respondent. | CASE NO. C18-0653-JCC<br><br>ORDER |

The Court, having reviewed the record, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, does hereby ORDER:

(1) The Court ADPOTS the Report and Recommendation;

(2) The matter is DISMISSED with prejudice;

(3) The Clerk of Court is directed to send copies of this order to Petitioner.

DATED this 12th day of July 2018.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0653-JCC
PAGE - 1